**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICKEY BRITT,
and WE THE PEOPLE,**

 Plaintiffs,

vs.         Case No. 4:18cv21-MW/CAS

**UNITED STATES GOVERNMENT,**

 Defendant.

_____/

**REPORT AND RECOMMENDATION**

  This case was initiated by pro se Plaintiff Mickey Britt on January 11, 2018.  ECF No. 1.  Plaintiff submitted a motion requesting leave to proceed in forma pauperis.  ECF No. 2.  However, Plaintiff's motion was insufficient and Plaintiff was required to file an amended motion.  ECF No. 4.  Plaintiff has now done so, ECF No. 5, but the amended motion is also insufficient and does not demonstrate that Plaintiff is unable to pay the filing fee.

  First, Plaintiff was previously directed to answer all questions on the in forma pauperis form.  ECF No. 4.  Plaintiff's amended motion, ECF No. 5, is even worse than his original motion, ECF No. 2.  Not only has Plaintiff

provided no information about his most recent employer, page 2, he now provides no information about his monthly financial obligations, other assets, or sources of income.  *See* ECF No. 5 at 4.

Second, as Plaintiff was previously advised, the filing fee for this case is $400.00.  Review of both in forma pauperis motions reveals that Plaintiff has sufficient income with which to pay the filing fee.  Plaintiff owns a home valued at $500,000.00 and owes just $80,000.00.  ECF No. 5 at 3.  Plaintiff owns a 2017 BMW valued at $35,000.00; he owes nothing for the vehicle. *Id.*  Plaintiff's original in forma pauperis motion demonstrated that he had approximately $6,000 cash on hand.  ECF No. 2 at 3.  He further indicates he receives income of approximately $5,000.00 per month, as does his spouse.  ECF No. 2 at 4.  Therefore, it is recommended that Plaintiff's in forma pauperis motions, ECF Nos. 2 and 5, be **DENIED** and Plaintiff be required to pay the filing fee for this case.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that Plaintiff's motions requesting leave to proceed in forma pauperis, ECF Nos. 2 and 5, be **DENIED** and Plaintiff be required to pay the filing fee for this case within fourteen days of the date an Order is entered on this Report and Recommendation.  It is

further **RECOMMENDED** that this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on January 24, 2018.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:18cv21-MW/CAS