IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICKEY BRITT,

    Plaintiff,

v.                               Case No. 4:18cv21-MW/CAS

UNITED STATES GOVERNMENT,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 7 and 8. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motions requesting leave to proceed in forma pauperis, ECF Nos. 2 and 5, are **DENIED**. **Plaintiff shall pay the filing fee for this case on or before February 16, 2018**. This cause is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on January 31, 2018.**

                                        s/Mark E. Walker    
                                        **United States District Judge**