# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MICKEY BRITT,**
**and WE THE PEOPLE,**

      **Plaintiffs,**

**v.**             Case No. **4:18cv21-MW/CAS**

**UNITED STATES GOVERNMENT,**

      **Defendant.**
_____/

## ORDER OF DISQUALIFICATION

This Court having presided over a matter with Plaintiff Britt at the state court, disqualifies itself from any further proceedings in this cause. 28 U.S.C. § 455.

**SO ORDERED on April 23, 2018.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**