# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MICKEY BRITT,

    Plaintiff,

v.                                CASE NO. 4:18cv21-RH/CAS

UNITED STATES GOVERNMENT,
and ATTORNEY GENERAL SESSIONS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 23, and the objections, ECF No. 24. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims are dismissed for failure to state a claim upon which relief may be granted." The clerk must close the file.

SO ORDERED on September 24, 2018.

                                              s/Robert L. Hinkle
                                              United States District Judge